AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:22-CR-00118 |
| JACOB GARCIA | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JACOB GARCIA     .

Date:   05/02/2022

*Attorney's signature*

WILLIAM R. BIGGS, TX0041
*Printed name and bar number*

301 COMMERCE STREET, SUITE 2001
FORT WORTH, TX  76102

*Address*

wbiggs@williambiggslaw.com
*E-mail address*

(817) 332-3822
*Telephone number*

(817) 332-2763
*FAX number*