Annette Littlejohn
4233 CR 1219
Cleburne, TX 76033
817-648-1412/ alittlejohn6@yahoo.com

1/21/2023

To:  The Honorable Judge Dabney L. Friedrich

Re: Jacob Garcia

My name is Annette Littlejohn. My husband, Ralph & I have owned a respected construction company in Johnson County, TX for 33 years. We met Jacob in 2015 thru our electrician that we had been employing for several years. Over the course of the next several years we enjoyed spending time with Jacob both professionally and personally. His work ethic and enthusiasm to learn was always very impressive to us both. His mannerisms and respectful personality make him enjoyable to be around. Many times in this business that combination is hard to find.

We have recommended Jacob to several people who have all been extremely satisfied with both his work and his presence. An older friend once told Ralph, "That Jacob is just a good kid. I wish I had something else I needed done so I could have him back over."

We have several projects coming up this year that we are hoping to give to Jacob. He is truly an asset to us and many others.

Thank you for your time.

Sincerely,

*Annette Littlejohn*

Annette Littlejohn